UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIK BURCIAGA,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 5:19-cv-01436-ODW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint and Supplemental Exhibits in Support of the Complaint (Dkt. 1, 9), the Memorandum and Order re: Complaint issued on September 5, 2019 (Dkt. 10, "Order"), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 13), Plaintiff's December 16, 2019 application for a 30-day extension of time in which to file an amended complaint (Dkt. 14), and the minute order granting Plaintiff's application for enlargement of time in which to file an amended complaint (Dkt. 15). Despite having had more than 160 days to either file an amended complaint or

otherwise respond to the Order, Plaintiff did not do so. Plaintiff also did not file any timely written objections to the Report and Recommendation issued on November 25, 2019.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Judgment shall be entered dismissing this case without prejudice.

Dated: February 13, 2020

_____
OTIS D. WRIGHT, II
United States District Judge